# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff-Appellee,<br><br>vs.<br><br>**SHAWAN SPRAGANS,**<br><br>Defendant-Appellant. | Case No.: 16 -CR-00292-01 YGR<br><br>**ORDER DIRECTING APPELLANT TO FILE MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL** |

On May 25, 2017, appellant filed a notice of appeal from this Court's judgment entered on May 3, 2017. (Dkt. Nos. 55, 61.)

Because the notice of appeal was filed more than 14 days after entry of judgment, it was not timely under Federal Rule of Appellate Procedure 4(b)(1)(A). The notice of appeal was, however, filed within 30 days after the expiration of the time to file the notice of appeal. *See* Fed. R. App. P. 4(b)(4).

Accordingly, the Ninth Circuit remanded to this Court for the limited purpose of permitting this Court to provide appellant notice and an opportunity to request that the time for filing the notice of appeal be extended, and to determine whether excusable neglect or good cause exists to extend such deadline for a period not to exceed 30 days from the expiration of the time prescribed by Rule 4(b). *See* Fed. R. App. P. 4(b)(4); *United States v. Ono*, 72 F.3d 101, 103 (9th Cir. 1995); *United States v. Stolarz*, 547 F.2d 108 (9th Cir. 1976).

Appellant is therefore **DIRECTED**, through his counsel of record, to file and serve on the government any motion for extension of time to file notice of appeal, consistent with FRAP 4(b)(4), no later than **June 20, 2017**. The Government shall respond within seven days thereafter.

**IT IS SO ORDERED.**

**Date:** June 12, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**