|     |                                      |   |                                      |
|-----|--------------------------------------|---|--------------------------------------|
| 1   |                                      |   |                                      |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | **CASE NO. CR 16-0292 YGR** |
| --- | --- | --- |
| Plaintiff, | ) | ~~[PROPOSED]~~ **FINAL ORDER OF FORFEITURE** |
| v. | ) | |
| SHAWAN SPRAGANS, and MERL SIMPSON, | ) | |
| Defendants. | ) | |

On May 25, 2017, the court entered a Preliminary Order of Forfeiture forfeiting the following property:

a. A .38-caliber RG Industries Model RG31 revolver bearing serial number 027318;

b. A .357 caliber Taurus revolver bearing serial number TF818373; and

c. twelve (12) rounds of .38 caliber ammunition,

pursuant to Title 18, United States Code, Section 924(d); Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

~~[PROPOSED]~~ FINAL ORDER OF FORFEITURE
CR 16-0292 YGR                                                 1

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions have been filed.

**THEREFORE IT IS HEREBY ORDERED** that the above-described property shall be forfeited to the United States, Title 18, United States Code, Section 924(d); Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c). All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: May 22, 2018

YVONNE GONZALEZ ROGERS
United States District Judge

[PROPOSED] FINAL ORDER OF FORFEITURE
CR 16-0292 YGR                    2